09-4254-ag
Zhen v. Holder

BIA
Nelson, IJ
A078 845 609

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of August, two thousand ten.

PRESENT:
    JOSÉ A. CABRANES,
    RICHARD C. WESLEY,
    DENNY CHIN,
        *Circuit Judges.*

_____

YU LONG ZHEN,
        *Petitioner*,

        v.                                        09-4254-ag
                                                  NAC
ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
        *Respondent*.

_____

FOR PETITIONER:        Henry Zhang, New York, New York.

FOR RESPONDENT:        Tony West, Assistant Attorney
                       General, Civil Division; Ada E.
                       Bosque, Senior Litigation Counsel,
                       Office of Immigration Litigation;
                       Puneet Cheema, Trial Attorney,
                       Office of Immigration Litigation,
                       Civil Division, United States
                       Department of Justice, Washington,
                       D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Yu Long Zhen, a native and citizen of the People's Republic of China, seeks review of a September 14, 2009, order of the BIA affirming the February 8, 2008, decision of Immigration Judge ("IJ") Barbara A. Nelson denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Yu Long Zhen*, No. A078 845 609 (B.I.A. Sept. 14, 2009), *aff'g* No. A078 845 609 (Immig. Ct. N.Y. City Feb. 8, 2008). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Under the circumstances of this case, we review the IJ's decision as supplemented by the BIA. *See Yan Chen v. Gonzales*, 417 F.3d 268, 271 (2d Cir. 2005). The applicable standards of review are well-established. *Corovic v. Mukasey*, 519 F.3d 90, 95 (2d Cir. 2008); *Salimatou Bah v. Mukasey*, 529 F.3d 99, 110 (2d Cir. 2008).

The agency found that Zhen failed to establish that he engaged in "other resistance" to the family planning policy. As the government asserts, however, Zhen fails to

2

meaningfully challenge this finding in this Court as his brief consists solely of boilerplate legal standards and a general and conclusory sentence that his actions constituted other resistance to the Chinese family planning policy.  The record supports the IJ's determination that Zhen established only that he asked the family planning officials to delay his wife's sterilization, not that he opposed the sterilization or the family planning policy.  Zhen does not provide any specifics of any other actions that he contends constituted "other resistence" to China's population control policy.  Accordingly, we deem Zhen's challenge to be waived. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 545 n.7 (2d Cir. 2005).  Zhen's waiver of his challenge to the agency's finding that he failed to demonstrate that he engaged in "other resistance" to the family planning policy is dispositive of the petition for review.

For the foregoing reasons, the petition for review is DENIED.  As we have completed our review, any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3